**Electronically Filed**
**Supreme Court**
**SCAP-21-0000576**
**28-SEP-2022**
**11:35 AM**
**Dkt. 31 ODMR**

SCAP-21-0000576

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Plaintiff-Appellee,

vs.

RICHARD OBRERO,
Defendant-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-21-0000576; CASE NO. 1CPC-19-0001669)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Wilson, and Eddins, JJ., and Recktenwald, C.J.,
dissenting, with whom Nakayama, J., joins)

On September 19, 2022, Plaintiff-Appellee State of Hawai'i filed a motion for reconsideration challenging this court's September 8, 2022 majority opinion.

The court has reviewed the motion. After due consideration, the court denies the motion.

DATED: Honolulu, Hawai'i, September 28, 2022.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

